DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

| | | |
|---|---|---|
| GOVERNMENT EMPLOYEES' RETIREMENT SYSTEM OF THE VIRGIN ISLANDS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No: 3:81-cv-00005 |
| BOSEDE BRUCE, Commissioner of Finance and THE GOVERNMENT OF THE VIRGIN ISLANDS, | ) ) ) ) | |
| Defendants. | ) ) | |

**O R D E R**

Before this Court is the Joint Motion and Stipulation of the Government of the Virgin Islands and Bosede Bruce, as Commissioner of Finance, ("GVI") and the Government Employees Retirement System of the Virgin Islands ("GERS") (collectively the "Parties"), to Terminate the Consent Judgment and dismiss this case with prejudice. The Court having considered the premises contained in the Parties' Motion and Stipulation, it is hereby

ORDERED that the Parties' Motion is GRANTED; and it is further

ORDERED that the Consent Judgment in this matter is TERMINATED; and it is further

ORDERED that this matter is DISMISSED WITH PREJUDICE.

Dated: April 8, 2022                    /s/ Robert A. Molloy
                                        Robert A. Molloy, Chief Judge
                                        District Court of the Virgin Islands